# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON, | 1:10-cv-01802-LJO-GBC (PC) |
| Plaintiff, | ORDER RE: REQUEST FOR CLARIFICATION |
| v. | (Doc. 7) |
| J. BAUTISTA, et al., | |
| Defendants. | |

## I.    Factual and Procedural Background

Garrick Harrington ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  September 30, 2010, Plaintiff filed his original complaint and motion to proceed in forma pauperis. (Docs. 1, 2).  On October 1, 2010, the Court granted Plaintiff's request to proceed in forma pauperis and order Plaintiff to submit a copy of his trust account statement.  (Doc. 4).  On October 8, 2010, Plaintiff filed a second motion to proceed in forma pauperis and attached a copy of his trust account statement.  (Doc. 5).  On October 12, 2010, the Court disregarded the second motion to proceed in forma pauperis as moot.  (Doc. 6). On October 20, 2010, Plaintiff motioned the Court for clarification in which Plaintiff highlights that he attached the copy of his trust account in the second motion to proceed in forma pauperis and once again attaches the copy of the trust account to his motion for clarification.  (Doc. 7).

///

///

1

1    Upon reviewing Plaintiff's motion for clarification, the Court confirms that Plaintiff has

2 complied with its order on October 1, 2010, to submit a copy of his trust account statement.

3

4 IT IS SO ORDERED.

5

Dated:    August 19, 2011

6                                                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28