# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. BAUTISTA, et al.,<br><br>　　　　　Defendants. | Case No.  1:10-cv-01802-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PROPERTY<br><br>(ECF No. 14) |

　　Plaintiff Garrick Harrington ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on September 30, 2010.  (ECF No. 1.)  On May 20, 2013, Plaintiff filed a motion for the Court to locate Plaintiff's property and transfer it to Solano State Prison, where he was transferred on April 22, 2013.  (ECF Nos. 12 & 14.)

　　In the Court's experience, prison transfers result in inmates being temporarily separated from their personal property for up to one month or longer.  By now, Plaintiff should be possession of whatever personal property is allowable based on his classification level and housing assignment.  Moreover, the Court's previous order granted Plaintiff an extension of time to file an amended complaint.  (ECF No. 16.)

　　However, regardless of the pendency of this action, the Court does not have jurisdiction over prison officials in general or over Plaintiff's property issues.  Summers v. Earth Island

1

Institute, 129 S.Ct. 1142, 1148-49 (2009); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010).  The Court's jurisdiction is limited to the parties in this action and to the viable legal claims upon which this action is proceeding.  Summers, 129 S.Ct. at 1148-49; Mayfield, 599 F.3d at 969.  Accordingly,

    Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 29, 2013**

                            UNITED STATES MAGISTRATE JUDGE