1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   GARRICK HARRINGTON,                    )   Case No.: 1:10-cv-01802-LJO-SAB (PC)
                                            )
12            Plaintiff,                    )
                                            )   ORDER DENYING PLAINTIFF'S MOTION FOR
13       v.                                 )   STAY AND GRANTING PLAINTIFF THIRTY
                                            )   DAYS TO COMPLETION AND RETURN OF THE
14   J. BAUTISTA, et al.,                   )   NECESSARY SERVICE DOCUMENTS
                                            )
15            Defendants.                   )   [ECF No. 29]
                                            )
16   _____       )

17          Plaintiff Garrick Harrington is appearing pro se and in forma pauperis in this civil rights action

18   pursuant to 42 U.S.C. § 1983.

19          Now pending before the Court is Plaintiff's motion for stay of the service order pending a

20   ruling on the objections to the Findings and Recommendation issued January 7, 2014.

21          On January 7, 2014, the Court screened Plaintiff's first amended complaint and found that

22   Plaintiff stated a cognizable claim against Defendants Bautista and Blaylock for deliberate

23   indifference to Plaintiff's safety in violation of the Eighth Amendment.  However, Plaintiff failed to

24   state any other cognizable claims.  Because Plaintiff been previously granted leave to amend, further

25   amendment was not warranted, and a recommendation was issued that the action proceed only on the

26   cognizable claims and all other claims and defendants be dismissed from the action.  On this same

27   date, the Court also issued a separate order directing Plaintiff to complete the necessary service

28   documents.  (ECF Nos. 21, 22.)

                                                     1

1    On March 12, 2014, Plaintiff filed objections to the Findings and Recommendation issued

2  January 7, 2014.  On April 1, 2014, the Findings and Recommendation was adopted in full by the

3  assigned district judge.

4    Because the Findings and Recommendation has been adopted in full, Plaintiff's motion for stay

5  of the action pending resolution of such recommendation is MOOT.  In the interest of justice and

6  based on a showing of good cause, the Court will grant Plaintiff **thirty (30)** days from the date of

7  service of this order to complete and submit the necessary service documents in compliance with the

8  Court's January 7, 2014, service order.

9

10 IT IS SO ORDERED.

11   Dated:   **April 4, 2014**

12                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2