# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. BAUTISTA, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-01802-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 67] |

Plaintiff Garrick Harrington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 20, 2015, Defendants James, Blaylock, Rupp, and Hackworth filed a motion to extend the dispositive motion deadline to August 27, 2015.

Good cause having been presented to the Court, it is HEREBY ORDERED that the dispositive motion deadline is extended by seven days, and Defendants have, to and including August 27, 2015, to file their motion.

IT IS SO ORDERED.

Dated:   **August 21, 2015**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1