# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON,<br><br>            Plaintiff,<br><br>      v.<br><br>J. BAUTISTA, et al.,<br><br>            Defendants. | Case No.: 1:10-cv-01802-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS SECOND REQUEST TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 69] |

Plaintiff Garrick Harrington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 28, 2015, Defendants filed a second request to modify the discovery and scheduling order. (ECF No. 69.)

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants shall file any motion for summary judgment no later than September 16, 2015.

IT IS SO ORDERED.

Dated:   **August 28, 2015**

UNITED STATES MAGISTRATE JUDGE

1