UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON,<br><br>   Plaintiff,<br><br>  v.<br><br>J. BAUTISTA, et al.,<br><br>   Defendants. | Case No.: 1:10-cv-01802-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' THIRD REQUEST FOR MODIFICATION OF DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 71] |

  Plaintiff Garrick Harrington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

  On September 16, 2015, Defendants filed a third request to modify the discovery and scheduling order.  (ECF No. 71.)

  Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants shall file any motion for summary judgment no later than September 23, 2015.

IT IS SO ORDERED.

Dated:  **September 17, 2015**

                 UNITED STATES MAGISTRATE JUDGE

1