UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>J. BAUTISTA, et al.,<br><br>  Defendants. | Case No.: 1:10-cv-01802-LJO-SAB (PC)<br><br>ORDER TERMINATING PENDING MOTIONS FOR SUMMARY JUDGMENT PURSUANT TO SETTLEMENT AGREEMENT<br><br>[ECF Nos. 66, 73, 94] |

Plaintiff Garrick Harrington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 18, 2016, a settlement conference was held before magistrate judge Kendall J. Newman in Plaintiff's other case pending in this Court, case number 1:05-cv-00624 DAD MJS (PC), and a settlement agreement was reached in that case as well as the instant case.  The terms and conditions of the settlement were placed on the record in open court by Judge Newman, and dismissal documents are to be filed within thirty days from February 18, 2016.  (ECF No. 94.)

Accordingly, pursuant to the settlement agreement reached in this case, Defendants' motions for summary judgment, filed August 20, 2015 and September 23, 2015, shall be terminated.

IT IS SO ORDERED.

Dated:   **February 19, 2016**

UNITED STATES MAGISTRATE JUDGE

1