UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>J. BAUTISTA, et al.,<br><br>  Defendants. | Case No.: 1:10-cv-01802-LJO-SAB (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION<br><br>[ECF No. 96] |

Plaintiff Garrick Harrington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 25, 2016, the parties filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Pursuant to the parties' stipulation, the instant action is dismissed with prejudice and each party is to bear its own costs, fees, or expenses, and there is no prevailing party in this action.

IT IS SO ORDERED.

Dated:  **February 25, 2016**              **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE

1